JOHN F. O'CONNOR, Appellant, *v.* EDNA O'CONNOR, Respondent, Impleaded with Others.

Argued March 16, 1942; decided April 23, 1942.

*John F. Middlemiss, Oswald M. Murphy* and *John I. Hennessey* for appellant.

*Morris Eisenstein* and *Fred G. Moritt* for respondent.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for State Liquor Authority.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.